

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable William J. Lawson
Secretary of State
Austin, Texas

Attention: Mr. Frank D. Year

Dear Sir:

Opinion No. 0-4697
Re: Do certain acts, which
are set out, constitute
a violation of the Tex-
as Real Estate Dealers
License Act?

Your letter of July 1, 1942, requesting the opin-
ion of this department on the above stated question reads
as follows:

"The 46th Legislature enacted House Bill
No. 17, known as the Real Estate Dealers License
Act, and placed the administration of the provi-
sions of such Act in the Securities Division of
the Office of the Secretary of State.

"There has recently been presented to this
Department for decision a question of whether
or not certain acts, which will be hereinafter
set out, constitute a violation of the said Real
Estate Dealers License Act.

"Mr. A. B. Beddow, a licensed real estate
dealer of Austin, Texas, has mailed certain let-
ters to various individuals in Austin, Texas,
which letter reads as follows:

"INVITATION           Field Office           Local Office
                6411 Georgetown Rd.      305 W. 6th St.

FROM
A. B. Beddow, Sales Agent

WEEK OF JUNE 17, 1942

VICTORY GARDEN TRACT ASSIGNMENT NO. 31.

"Dear Friend:

"You are cordially invited to accept one of our Victory Home Garden Tracts (Size 50x150 ft.) in our new addition at a total cost to you of Sixty-Nine ($69.00) Dollars, covering surveying, consideration for lot, Warranty Deed, grading and other improvements now being installed by the company. Terms one ($1.00) Dollar down and ONE ($1.50) Dollar and fifty cents per week.

"We are making you the above offer so you will be familiar with the location as all property is high and dry, no filling required, and will be able to recommend same to your friends.

"As we are very limited on the number of tracts we can offer at the above price and terms, we request both husband and wife to personally inspect these premises on or before five (5) days from the above date as this offer is subject to withdrawal in event of prior sale.

"Please bring this letter to our office, 6411 Georgetown Road, on or before five (5) days from date. For your convenience we will be open all day both Saturday and Sunday. Office hours 10:00 A.M. to 8:00 P.M.

Respectfully

A. B. Beddow

A. B. Beddow
Sales Agent

Honorable William J. Lawson, Page 3

"'P. S. Property restricted, and for the White
Caucasian Race only.'

"This Department would appreciate having the
benefit of your advice as to whether or not the
mailing of such letters constitute a violation of
sub-Section 8 of the grounds set forth in Section
11 for the suspension and revocation of the license
of a licensee of the provisions of said Bill, this
section reading as follows:

"'Solicited, sold, or offered for sale
real property by offering "free lots"
or conducting lotteries for the purpose
of influencing a purchaser or prospec-
tive purchaser of real property.'

"Your advice with reference to this matter
will be sincerely appreciated."

Section 11, Article 6573a, V.A.C.S. (Real Estate
Dealers License Act) reads in part as follows:

"The Administrator of the Securities Divi-
sion of the office of the Secretary of State may
upon his own motion and shall upon the verified
complaint in writing of any person, investigate
the actions of any real estate salesman or real
estate dealer or any person who shall assume to
act in either such capacity within this State,
and may suspend or revoke or refuse to renew any
license at any time where the real estate sales-
man or real estate dealer in performing or at-
tempting to perform any act as a real estate
dealer or real estate salesman, or in any trans-
action involving the leasing or sale of an in-
terest in real estate, is guilty of:

". . . . ."

Paragraph 8 of said section reads as is quoted in
your letter above.

Section 21 of the above mentioned Act provides:

403

"Any person, or agent, officer, or employee of any company, acting as a real estate dealer or real estate salesman within the meaning of this Act, without first having been licensed by the Administrator of the Securities Division of the office of the Secretary of State, and every officer, agent, or employee of any company, and every other person who knowingly authorizes, directs, or aids in the publication, advertisement, distribution, or circulation of any false statement or representation concerning any land or subdivision offered for sale or lease, and every person who, with knowledge that any advertisement, pamphlet, prospectus, or letter concerning any land or subdivision contains any written statement that is false or fraudulent issues, circulates, publishes, or distributes the same, or shall cause the same to be issued, circulated, published, or distributed, or who, in any other respect, wilfully violates or fails to comply with any provisions of this Act, or who in any other respect wilfully violates or fails, omits or neglects to obey, observe or comply with any order, permit, decision, demand, or requirement of the Administrator of the Securities Division of the office of the Secretary of State under this Act as herein provided, shall upon conviction therefor be sentenced to pay a fine of not more than Five Hundred Dollars ($500) or imprisonment in the county jail for not more than one year or both such fine and imprisonment.

"This Act shall not apply to the sale of any property when such sale is made by the owner, or one of the owners, or the attorney for said owner or owners."

It will be noticed that paragraph 8 of Section 11, Article 6573a, supra, prohibits the soliciting, selling, or offering for sale real property by offering free lots or conducting lotteries for the purpose of influencing a purchaser or prospective purchaser of real property. There is nothing in the letter of the real estate dealer quoted above that

Honorable William J. Lawson, Page 5

indicates or shows that a lottery is being conducted and there is no offering of free lots. We have carefully considered the above quoted letter of the real estate dealer in connection with the Real Estate Dealers Act and find nothing in said letter that is a violation of the same. Therefore, we respectfully answer the above stated question in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  Ardell Williams

Ardell Williams
Assistant

AW:ff

APPROVED JUL 11, 1942

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY CHAIRMAN